NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONNIE ATMORE,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )     Case No. 2D18-735
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____ )

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Polk
County; John K. Stargel, Judge.

Shiobhan Olivero of Olivero Law, P.A.,
Brandon, for Appellant.

Ronnie T. Atmore, pro se.

Ashley Brooke Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, BLACK, and SLEET, JJ., Concur.